UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHBY HENDERSON and THOMAS HERSHENSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF NEW YORK MELLON, NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 1:15-cv-10599-PBS |

JOINT MOTION TO EXTEND DEADLINES

Plaintiffs Ashby Henderson and Thomas Hershenson and Defendant Bank of New York Melon, N.A., (the Parties), move for a short extension of the current summary judgment briefing deadlines for Plaintiffs' Reply in Support of Motion for Summary Judgment and Defendant's Sur-Reply in Opposition to Plaintiffs' Motion for Summary Judgment. In support of their request, the Parties state:

1. Plaintiffs' Reply is currently due November 6, 2017.

2. Defendant's Sur-Reply is currently due November 27, 2017.

3. The Parties request the deadline for Plaintiffs' Reply be extended by four days, until November 10, 2017.

4. The Parties request the deadline for Defendant's Sur-Reply be extended by seven days, until December 4, 2017.

5. The Parties request these short extensions to properly prepare for both the class certification hearing and the November 17th mediation.

6. Good cause exists for the Court to grant the joint motion.

*[Handwritten in left margin: Denied PBS[?] 11/1/17]*