**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ASHBY HENDERSON** and **THOMAS HERSHENSON**, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:15-cv-10599-PBS |
| Plaintiffs, | |
| v. | |
| **BANK OF NEW YORK MELLON, NATIONAL ASSOCIATION,** | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Plaintiffs, Ashby Henderson and Thomas Hershenson, move this Court for preliminary approval of the Settlement Agreement And Release("Settlement Agreement") filed contemporaneously with the Court, entered into between the Parties in the above captioned proceeding.

In support of their request, Plaintiffs assert that the proposed Settlement Agreement is fair, adequate and reasonable and is consistent with the provisions of Rule 23. BNY Mellon does not oppose this motion. In further support of the motion, Plaintiffs refer the Court to Plaintiffs' Memorandum in Support of Unopposed Motion for Preliminary Approval of Class Settlement, submitted herewith. A proposed Order is attached to the Settlement as Exhibit 3.

The Parties also request that the Court set a hearing date for Final Approval of the Settlement ("Fairness Hearing") no earlier than 135 days after preliminary approval, and after completion of the required notice and the passing of the opt-out date.

Dated: March 4, 2018

Respectfully submitted,

*/s/ Elizabeth Ryan*
Elizabeth Ryan, BBO # 549632
eryan@baileyglasser.com
John Roddy, BBO # 424240
jroddy@baileyglasser.com
Benjamin Lajoie, BBO # 693715
blajoie@baileyglasser.com
**BAILEY & GLASSER LLP**
99 High Street, Suite 304
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954

Gregory Y. Porter (admitted *pro hac vice)*
gporter@baileyglasser.com
**BAILEY & GLASSER LLP**
1054 31st Street, NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

Derek G. Howard (admitted *pro hac vice)*
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419

J. Brian McTigue (admitted *pro hac vice*)
bmctigue@mctiguelaw.com
Regina M. Markey (admitted *pro hac vice*)
rmarkey@mctiguelaw.com
**MCTIGUE LAW LLP**
4530 Wisconsin Avenue, NW, Suite 300
Washington D.C. 20016
Telephone: (202) 364-6900
Facsimile: (202) 364-9960

*Attorneys for Plaintiffs and the Putative Classes*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) on March 4, 2018.


/s/ Elizabeth Ryan
Elizabeth Ryan