UNITED STATES DISTRICT COURT

ASHBY HENDERSON, et al
Plaintiff,

     V.  
BNY MELLON, NATIONAL ASSOCIATION, ET AL  
Defendant

CIVIL ACTION NO.:   15cv10599-PBS

## ORDER  REGULATING - BENCH  TRIAL

**SARIS,  USDJ - CHIEF**

THE ABOVE-CAPTIONED ACTION IS SCHEDULED FOR A **BENCH  TRIAL** COMMENCING ON  **March 11, 2019 at  9:00 and Pretrial Conference on February 26, 2019 at 2:30**

in Courtroom **#19**, **7th Floor**, **JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE,  BOSTON, MA.**

ON OR BEFORE   **2/19/2019**   COUNSEL SHALL FILE THE FOLLOWING DOCUMENTS WITH THE CLERK:

**TO BE JOINTLY FILED BY COUNSEL:**

1. STATEMENT OF PROPOSED FINDINGS OF FACT/ CONCLUSIONS OF LAW. AND A PRETRIAL MEMORANDUM.

2. A STIPULATION OF FACTS AGREED TO BY THE PARTIES;

3. A LIST OF EXHIBITS TO BE INTRODUCED WITHOUT OBJECTION, IDENTIFIED BY A SINGLE SEQUENCE OF NUMBERS, REGARDLESS OF WHICH PARTY IS THE PROPONENT OF AN EXHIBIT;

4. A LIST OF MARKED ITEMS TO BE OFFERED AT TRIAL AS TO WHICH AN OPPOSING PARTY HAS RESERVED THE RIGHT TO OBJECT, IDENTIFIED BY A SINGLE SEQUENCE OF CAPITAL LETTERS, REGARDLESS OF WHICH PARTY IS THE PROPONENT OF AN EXHIBIT;

5. A LIST OF PROSPECTIVE WITNESSES WITH AN ESTIMATE OF THE AMOUNT OF TIME NEEDED FOR THE COURT EXAMINATION.

6. A LIST OF DEPOSITIONS TO BE USED AT TRIAL BY EACH PARTY IDENTIFYING THE PORTIONS TO BE USED BY PAGE AND LINE NUMBERS, AND ANY OBJECTIONS. IF OBJECTIONS ARE TO BE PRESERVED, RULINGS MUST BE SOUGHT PRIOR TO TRIAL;

7. MOTIONS IN LIMINE OR OTHER REQUESTS REGARDING FORESEEABLE DISPUTES CONCERNING EVIDENTIARY ISSUES, INCLUDING AUTHORITY FOR THE RULING REQUESTED;

8. AN INFORMED ESTIMATE OF THE PROBABLE LENGTH OF THE TRIAL, BASED ON A TRIAL SCHEDULE OF 9:00 AM TO 1:00 PM DAILY.  TIME LIMITS MAY BE IMPOSED.

_____

DATED:   1/18/2019

                        PATTI  B.  SARIS  - CHIEF  
                        UNITED STATES DISTRICT JUDGE

                    BY:   /s/  *Maryellen Molloy*  
                              Deputy Clerk