UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ASHBY HENDERSON** and **THOMAS HERSHENSON**, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BNY MELLON, NATIONAL ASSOCIATION,**<br><br>Defendant. | Civil Action No. 1:15-cv-10599-PBS |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons set forth in their accompanying Memorandum in Support of this Motion, Plaintiffs Ashby Henderson and Thomas Hershenson request that the Court approve the Settlement Agreement reached by the Parties in this case.

1. On May 28, 2019, this Court granted preliminary approval of the Settlement and approved the issuance of notice to Settlement Class Members regarding the Settlement. ECF # 582. Notice was sent on June 27, 2019. No objections to the Settlement Agreement have been filed.

2. Plaintiffs have also requested approval of Class Counsel's attorneys' fees in the amount of $3,333,333, expenses in the amount of $404,234, and incentive payments to the Class Representatives in the amount of $50,000 each, payable as provided in the Settlement Agreement.

3. In support of these requests, Plaintiff asserts that the Settlement embodied by the Settlement Agreement is fair and reasonable and consistent with the provisions of Rule 23. In

further support of the motion, Plaintiff refers the Court to the memorandum and exhibits filed herewith.

4.   BNY Mellon, N.A. does not oppose the relief sought by this Motion—*i.e.*, the entry of the Final Approval Order in the form attached to Plaintiffs' Memorandum in Support as Exhibit 1.

WHEREFORE, Ms. Henderson and Mr. Hershenson request that the Court grant this motion and enter the Parties' proposed Final Approval Order.

Dated: August 23, 2019

                                                                     Respectfully submitted,

*/s/ Elizabeth Ryan*
Elizabeth Ryan, BBO # 549632
eryan@baileyglasser.com
John Roddy, BBO # 424240
jroddy@baileyglasser.com
Benjamin Lajoie, BBO # 693715
blajoie@baileyglasser.com
**BAILEY & GLASSER LLP**
99 High Street, Suite 304
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954

Brian A. Glasser (admitted *pro hac vice*)
bglasser@baileyglasser.com
Gregory Y. Porter (admitted *pro hac vice*)
gporter@baileyglasser.com
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

Derek G. Howard (admitted *pro hac vice)*
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 432-7192
Facsimile: (415) 524-2419

*Attorneys for Plaintiffs and the Class*

4

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) on August 23, 2019.

                                               */s/ Elizabeth Ryan*
                                               Elizabeth Ryan